# Order

Michigan Supreme Court
Lansing, Michigan

July 3, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156354

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHRISTOPHER CARSON SMITH,
      Defendant-Appellant.

SC: 156354
COA: 336751
Ingham CC: 92-064315-FH

_____/

     On order of the Court, the application for leave to appeal the June 26, 2017 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Tucker* (Docket No. 152798) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2018



Clerk

s0625